| | |
|---|---|
| A TRUE COPY I CERTIFY<br>James G. Woodward, Clerk<br><br>By: David L. Braun<br>Deputy Clerk<br><br>For the United States District Court<br>Eastern District of Missouri | **UNITED STATES JUDICIAL PANEL**<br>**on**<br>**MULTIDISTRICT LITIGATION** |

**IN RE: EMERSON ELECTRIC CO. WET/DRY
VAC MARKETING AND SALES PRACTICES
LITIGATION**            MDL No. 2382

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On August 15, 2012, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Henry Edward Autrey.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Autrey.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Missouri for the reasons stated in the order of August 15, 2012, and, with the consent of that court, assigned to the Honorable Henry Edward Autrey.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is<br>pending at this time, the<br>stay is lifted.<br><br>Aug 27, 2012<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*[signature]*<br><br>Jeffery N. Lüthi<br>Clerk of the Panel |

**IN RE: EMERSON ELECTRIC CO. WET/DRY
VAC MARKETING AND SALES PRACTICES
LITIGATION**  MDL No. 2382

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

CALIFORNIA NORTHERN

| CAN | 3 | 12–03909 | Maravilla v. Emerson Electric Co |